[30125] [N/ Continued Adv Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                   Case No. 3–09–bk–7047
                                                                                         Chapter 11

Taylor Bean & Whitaker Mortgage Corp.

 _____Debtor(s)_____/
                                                                                         Adv. No. 3:10–ap–00644–JAF


Taylor, Bean & Whitaker Mortgage Corp.
 _____Plaintiff(s)_____/
vs.


Sovereign Bank
 _____Defendant(s)_____/


NOTICE OF CONTINUED Status HEARING

   NOTICE IS GIVEN that the hearing on Status will be continued to June 28, 2011 at 10:00 a.m. in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville, Florida.

Appropriate Attire. You are reminded that Local Rule 5072–1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073–1 restrict the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated March 2, 2011 .


                                                                 Lee Ann Bennett, Clerk of Court
                                                                 300 North Hogan Street Suite 3–350
                                                                 Jacksonville, FL 32202


          Copies furnished to:
          Plaintiff's Attorney
          Defendant's Attorney