UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  CASE NO.: 3:09-bk-07047-JAF

TAYLOR, BEAN & WHITAKER MORTGAGE
CORP.,

Debtor.
_____/

TAYLOR, BEAN & WHITAKER MORTGAGE
CORP.,

Plaintiff,

v.  Adversary No.: 3:10-ap-644

SOVEREIGN BANK,

Defendant.
_____/

## ORDER DENYING MOTION TO INTERVENE WITHOUT PREJUDICE

This proceeding came before the Court upon the Unopposed Motion to Intervene (the "Motion"), filed by the Official Committee of Unsecured Creditors (the "Committee") on April 4, 2011 (Doc. No 13). Although the Motion was titled "Unopposed," Defendant filed a Response in Opposition to the Motion on April 7, 2011 (Doc. No. 15). Consequently, the Court will deny the Motion without prejudice to the Committee amending the Motion to include greater specificity regarding the legal grounds supporting its intervention. Accordingly, it is

**ORDERED:**

The Committee's Motion to Intervene is denied without prejudice.

DATED this 13th day of April, 2011 in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge