UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              Case No. 3–09–bk–7047
                                                    Chapter 11
Taylor Bean & Whitaker Mortgage

    Debtor(s)       /
                                                    Adv. No. 3:10–ap–00644–JAF

Taylor, Bean & Whitaker Mortgage Corp.
    Plaintiff(s)    /
vs.

Sovereign Bank
    Defendant(s)    /

NOTICE OF CANCELLATION AND
RESCHEDULING STATUS CONFERENCE

   NOTICE IS GIVEN that the status conference scheduled to be heard on August 3, 2011 at 2:30 p.m. , is canceled and is rescheduled for August 3, 2011 at 11:30 a.m., in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville, Florida.

Appropriate Attire. You are reminded that Local Rule 5072–1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073–1 restrict the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

"All exhibits must be premarked and listed in accordance with Rule 9070–1 of the Local Rules of Practice and Procedures for the United States Bankruptcy Court for the Middle District of Florida."

   DATED on May 25, 2011

                                    Lee Ann Bennett, Clerk of Court
                                    300 North Hogan Street Suite 3–350
                                    Jacksonville, FL 32202


   Copies furnished to:
   Plaintiff's Attorney
   Defendant's Attorney